

**EBG CONSTRUCTION, INC.**
Maryland Office
14625 Baltimore Ave., Laurel MD, 20707
Telephone: (301) 210-5600, ext 204   Toll Free: (800) 404-5360
Fax: (301) 210-5601   E-mail: GRichardson@ebg-dc.com
Web Page: www.EBGConstruction.com

# Facsimile

To: Frank Woods
Woods Fireproofing

From: Gregory E. Richardson
Vice President

Fax: 410-329-6584

Pages: 4, Including This Cover Page

Phone: 410-329-6092

Date: February 24, 2005 / 11:00 AM

Re: Invoices

CC:

NOTES/COMMENTS:

ATTACHED PLEASE FIND:

1. ACCEPTANCE OF PROPOSAL FOR RM B-231
2. APPROVED INVOICE FOR $4,200, RM B-231, EBG JOB # 05-1016
3. APPROVED INVOICE FOR $5,500, RM 3020, EBG JOB # 05-1012

THE APPROVED INVOICES HAVE BEEN ENTERED INTO EBG'S ACCOUNTS PAYABLE SYSTEM

Certified SBA 8(a) Contractor
Government & Commercial Contractors

EXHIBIT
A

Feb 10 05 11:23a          BS FIREPROOFING INC          41032   184                P.2

# Woods' Fireproofing, Inc.
P.O. Box 299
Parkton, Maryland 21120
Phone (410) 329-6972 / Fax (410) 329-6584

Proposal

PROPOSAL SUBMITTED TO:                    Proposal No: 050203
EBG Construction                          Date: 2/10/05
3201 8th Street
N.E. Washington, DC 20017                 Project: NE08

ATTENTION: Greg Richardson / Chaz Crenshaw    Location: Washington, DC

We hereby submit specifications and estimates for: Spray Fireproofing

Scope: 1) Spray "Retro guard" to floor framing in room B-231. EBG will supply overspray protection on all walls, floors, ducts, pipes etc. Woods' Fireproofing will remove and dispose of all protection when completed. ( $4,200.00 ) Four Thousand Two Hundred Dollars.

2) Fireproof electrical / communication closets. Price per closet is $2,400.00 for the "AIM Bricker" and $2,200.00 for the sprayed "Retroguard". We would need a minimum of three closets per trip for the spray application. Woods' Fireproofing will supply and guarantee the overspray protection for the closets. We have sprayed three type of mock coupons of these. These prices are not good for the 2nd floor closets as they are much higher than the typical floors.

Note - This price does not include surface preparation, patching or testing.
General Contractor to supply water, power, heat, and a dumpster.
Insurance coverage is per our current policy. Any cost associated with increasing the limits will be at the expense of the general contractor or owner.

We propose hereby to furnish material, equipment and labor necessary to complete such work in accordance with above specifications, for the sum of: see above pricing

Payment to be made as follows: Net 30 Days
Note: This proposal may be withdrawn if not accepted within 30 days.

Frank Woods, President
Woods' Fireproofing, Inc.

Acceptance of Proposal - The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are hereby authorized to do the work as specified. Payment will be made as outlined above.

2/10/05
Date of Acceptance

Signature: Greg Richardson
EBG, Vice President

Acceptance for:
Rm B-231 @
$ 4,200.00

# WORK ORDER / INVOICE

**WOOD-E FIREPROOFING, INC.**

| BILL TO | BBG Construction, Inc. |
|---|---|
| | 14625 Baltimore Ave. |
| | Laurel, MD 20707 |

| DATE | 2/18/05 | DATE PROMISED | |
|---|---|---|---|
| ORDER NO. | 050203 | PHONE | 301-210-5600 |
| JOB NAME | NEOB – Room B | ORDER TAKEN BY | |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| Spray Retroguard Fireproofing | $4200.00 |

**EnviroBate Global**
Received Date:
GL Acct #: 5740
Job #: 05-1016
Amount: 4200-
Approved: [signature] 05-06
Entered By: [signature] 05-1016

| LABOR | HOURS | RATE | AMOUNT | TOTAL MATERIAL / PARTS | |
|---|---|---|---|---|---|
| | | | | TOTAL LABOR | |
| | | | | TOTAL | $4200.00 |

| QTY | MATERIAL / PARTS | PRICE | AMOUNT | QTY | MATERIAL / PARTS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL MATERIAL/PARTS | | |

**WORK ORDER / INVOICE**

| BILL TO | SBC Construction, Inc. |
| --- | --- |
| | 14625 Baltimore Ave. |
| | Laurel, MD 20707 |

| DATE | 1/28/05 |
| --- | --- |
| ORDER NO | PJ5N01187 |
| PHONE | 301-470-5600 |
| JOB NAME | NEOB Telecom Rm. |
| ORDER TAKEN BY | Greg Richards |

| DESCRIPTION OF WORK | AMOUNT |
| --- | --- |
| Spray Fireproofing - Room 3020 | $5,500.00 |

EnviroBath Global
Received Date:
GL Acct #: 5790
Job #: 235-1002
Amount: 5,500
Approved: 2-1-05

Received
cc out

| LABOR | HOURS | RATE | AMOUNT | TOTAL MATERIAL/PARTS | |
| --- | --- | --- | --- | --- | --- |
| | | | | TOTAL LABOR | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $5,500.00 |

| QTY | MATERIAL/PARTS | PRICE | AMOUNT | QTY | MATERIAL/PARTS | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL MATERIAL/PARTS | | |

<u>Wright, Constable & Skeen, L.L.P.</u> | Attorneys at Law

One Charles Center, 16th Floor · 100 North Charles Street · Baltimore, Maryland 21201-3812 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602 · Fax: 410-659-1350

HOWARD S. STEVENS*
Writer's Direct Dial / Email:
(410) 659-1399 / HStevens@wcslaw.com

March 24, 2005

**Via certified mail – return receipt requested**

Granite Re, Inc.
Attn: Surety Claims
14001 Quailbrook Drive
Oklahoma City, OK 73134

    Re:    Bond No.    GRMN22002a
           Obligee:    United States of America, General Services Administration
           Claimant:    Woods' Fireproofing, Inc.
           Contract:    GS-11P-04-YTD_0018
           Amount due:  $9,700.00

Dear Surety Claims:

    This office represents Woods' Fireproofing, Inc. ("Woods") a subcontractor to EBG Construction, Inc. ("EBG") on the above-referenced procurement contract.

    Woods provided labor, materials, and equipment generally described as spray-on fire proofing for and about the New Executive Office Building of the White House ("NEOB"). Woods performed its work on Room Nos. B-231 and 3020 (telecom room) of the NEOB during the period of January and February 2005, including February 18, 2005, and remains unpaid. It is Woods' understanding that EBG is ceasing its business operations effective immediately and the amounts stated above remain unpaid.

    This letter is Woods' notice and demand for payment upon you, as Surety on the Bond identified above, as provided for under the Miller Act, codified as 40 U.S.C. § 3131 et seq. Copies of the relevant invoices are attached.



167503 v. (10721.00001)

*Admitted in Maryland and the District of Columbia

Granite Re, Inc.
Attn: Surety Claims
March 24, 2005
Page 2

     Please provide this office with a copy of any and all payment bonds issued by you with regard to EBG's contracts with GSA so that we can ascertain whether the Bond identified above is applicable to the work in question. If you have any other questions, please feel free to contact me.

                                    Very truly yours,

                                    /s/

                                  Howard S. Stevens

HSS:
Enclosures

cc:     Frank Woods (w/o encls.)

## Wright, Constable & Skeen, L.L.P. | Attorneys at Law

One Charles Center, 16th Floor · 100 North Charles Street · Baltimore, Maryland 21201-3812 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602 · Fax: 410-659-1350

HOWARD S. STEVENS*
Writer's Direct Dial / Email:
(410) 659-1309 / HStevens@wcslaw.com

August 17, 2005

Granite Re, Inc.
Attn: Joyce Holliday
14001 Quailbrook Drive
Oklahoma City, OK 73134

Re:   Bond No.    GRMN22002a
      Obligee:    United States of America, General Services Administration
      Claimant:   Woods' Fireproofing, Inc.
      Contract:   GS-11P-04-YTD-0018
      Amount due: $9,700.00

Dear Ms. Holliday:

As a follow-up to my call with you of July 19, 2005 and my letter to you of the same date, my client Woods Fireproofing, Inc. remains anxious to close this matter. Since I have not received any comments from you in response to my client's Affidavit of Claim, I am assuming that payment will be forthcoming shortly.

If you have any questions, please call me on (410) 659-1309.

Very truly yours,

Howard S. Stevens

HSS:
cc:   Frank Woods (via e-mail)

172850 v. (10721.00001)

*Admitted in Maryland and the District of Columbia

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor · 100 North Charles Street · Baltimore, Maryland 21201-3812 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602 · Fax: 410-659-1350

HOWARD S. STEVENS*
Writer's Direct Dial / Email:
(410) 659-1309 / HStevens@wcslaw.com

September 21, 2005

Granite Re, Inc.
Attn: Joyce Holliday
14001 Quailbrook Drive
Oklahoma City, OK 73134

    Re:    Bond No.    **GRMN22002a**
           Obligee:    **United States of America, General Services Administration**
           Claimant:    **Woods' Fireproofing, Inc.**
           Contract:    **GS-11P-04-YTD-0018**
           Amount due:    **$9,700.00**

Dear Ms. Holliday:

    I received your voicemail of last week concerning my client, Woods' Fireproofing, Inc. ("Woods") bond claim for work it performed under EBG on the New Executive Office Building of the White House. Specifically, you indicated that your bond principals deny that the work performed by Woods fell under its bonded contract.

    I have discussed your position with my client. In February 2005, my client became aware that EBG intended to wrap-up its business affairs. At that time Woods provided notice of non-payment to Mr. Michael Sedlock of the U.S. General Services Administration ("GSA"). Thereafter, Woods made numerous calls to other contacts within GSA to try and ascertain the status of EBG's contract with GSA, payment, bonding information, etc.

    On March 8, 2005, Woods spoke with a Mr. Buck Dietz with GSA who indicated that he was still holding contract funds with regard to EBG's work on Room B-231. In an e-mail dated March 10, 2005, Mr. Sedlock provided Woods with EBG's bonding information. For your records I have attached a copy of that e-mail. During this same period of time GSA told Woods that EBG had not been paid yet for its work in Room 3020.

    On March 24, 2005, I first wrote to Granite Re, Inc. to provide Woods' notice of non-payment. The closing paragraph of that letter provided:

> Please provide this office with a copy of any and all payment bonds issued by you with regard to EBG's contracts with GSA so that we can ascertain whether the Bond identified above is applicable to the work in question. If you have any other questions, please feel free to contact me.

173984 v. (10721.00001)

*Admitted in Maryland and the District of Columbia

Granite Re, Inc.
Attn: Surety Claims
September 21, 2005
Page 2

Despite my request, you have not provided my office with a copy of any payment bonds or other payment security issued by your office. Your message of earlier this month was the first notice that I have received from you that indicated that Woods' work at the New Executive Office Building may not be covered by the bond identified by GSA as covering the work in question.

In light of this recent change in position, I am again requesting that you provide this office with copies and any and all payment security, including payment bonds, issued by Granite Re, Inc., any co-surety, or related entity with respect to ANY contracts that EBG held with GSA concerning the New Executive Office Building of the White House.

From where I stand, this is a $9,700 claim that should be relatively simple to reconcile. If you have any questions, please call me on (410) 659-1309.

Very truly yours,

/s/

Howard S. Stevens

HSS:
Enclosure

cc:   Frank Woods

173984 v. (10721.00001)

# The Woods'

**From:** <michael.sedlock@gsa.gov>
**To:** <thewoodsfamily@starpower.net>
**Sent:** Thursday, March 10, 2005 10:54 AM
**Subject:** contact info

Frank,

This is the info I received.

The bonding company is Granite Re, Inc., 14001 Quailbrook Drive Oklahoma City, OK 73134. Payment bond number is GRMN22002a the Attorney-in-fact who signed the bond for the bonding company is Jonathan Pate. GSA Contract number is GS-11P-04-YTD-0018 effective 11/5/03.

Michael G. Sedlock
Construction Representative
General Services Administration
White House Service Center
202-395-3665 (O)
202-439-2142 (C)