UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br>for the use and benefit of,<br><br>WOODS FIREPROOFING, INC.,<br><br>      Claimant,<br><br>      v.<br><br>GRANITE RE INC., et al.,<br><br>      Defendants. | Civil Action No. 06-0216 (PLF) |

ORDER

On June 27, 2006, the Court issued an Order directing plaintiff either to cause process to be served and file proof of service with the Court or file a status report with the Court advising why service has not been made. Plaintiff filed a status report on June 30, 2006 recounting its efforts to obtain a waiver of service of process from the defendants and the prior commitments of plaintiff's counsel that have resulted in plaintiff having failed to serve process within the 120 days required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has requested that the Court reissue the summons previously issued for the defendants in this matter or extend them, and that the Court hold this matter open for a period of at least sixty days to permit plaintiff to serve process on one or more defendants.

Regarding plaintiff's first request, plaintiff is advised that the Court does not issue summons, and that any requests regarding summons should be directed to the Clerk of Court. Upon consideration of the second request, it is hereby

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff having shown good cause for the failure to made service of the summons and complaint upon the defendants, the Court shall extend the time for service up to August 31, 2006.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: July 5, 2006               United States District Judge