AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE UNITED STATES OF AMERICA,
for the use and benefit of
WOODS FIREPROOFING, INC.
21100 West Liberty Road.
Parkton, Maryland 21120

**SUMMONS IN A CIVIL CASE**

V.

GRANITE RE, INC. et al.

CASE NUMBER: C06-216 PLF

TO: (Name and address of Defendant)

GRANITE, RE, Inc.
ATTN: Surety Claims
14001 Quailbrook Drive
Oklahoma City, OK 73134

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard S. Stevens
Wright, Constable & Skeen, LLP
100 N. Charles Street, 16th Floor
Baltimore, Maryland 21201
(410) 659-1309

an answer to the complaint which is served on you with this summons, within ~~30~~ 20th days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    7/26/06

CLERK                                          DATE

T. Pious

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 31 July, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Donald D. Lawson | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Suzanne M. Parsons (Asst Treasurer)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | 50.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  31 July, 2006        Donald D. Lawson
                *Date*                    *Signature of Server*

3921 Rosewood Dr Midwest City, OK 73110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.