UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA FBO           *
WOODS FIREPROOFING, INC.
                                                            *   Case Number: 06-216 PLF
     Plaintiff
                                                             *
vs.
                                                             *
GRANITE RE, INC., et al.
                                                             *
     Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That on **8/16/06** at **02:00 PM**, I served upon **George Clark, Resident Agent for EBG Construction, Inc. a/k/a Envirobate Global, Inc.**(Description: Sex: **M**, Race: **White**, Height: **6'4"**, Weight: **260**, Approximate Age:**49**). a copy of the following:

   Summons in a Civil Case, Complaint w/Attachments, Initial Electronic Case Filing Order, Notice of Right to Consent to Trail before US Magistrate Judge, and Consent to Proceed Before a US Magistrate Judge for All Purposes

3. That service was effected at 910 17th Street, N.W., Suite 800 in Washington, DC 20005-3317

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*[signature]*
**Maurice Liggins**
Monumental Process Servers, Inc.
221 West Joppa Road
Towson, MD 21204
(410) 321-6642

**Process Server Cost: $95.00**
MPS File Number: 6-08-02-014