UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>for the use and benefit of<br>WOODS' FIREPROOFING, INC.,<br><br>      Claimant,<br>v.<br><br>GRANITE RE, INC., *et al.*<br><br>      Defendants. | Case No. 1:06-cv-00216-PLF |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERSTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for Granite Re, Inc., certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Granite Re, Inc. which have any outstanding securities in the hands of the public:

None.  Granite Re, Inc. is a wholly owned subsidiary of RRRF, LLC, an Oklahoma Limited Liability Company, which is itself privately owned.  There is no publicly held corporation that owns ten percent or more of stock of Granite Re, Inc. or RRRF, LLC.

These representations are made in order that Judges of the Court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
Christopher J. Heffernan,
DC Bar No. 34930
Eric G. Korphage,
DC Bar No. 483144
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD  21202-6185
(410) 783-6300
*Attorneys of Record for Defendant,*
*Granite Re, Inc.*

2