**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) <br>    for the use and benefit of            ) <br> **WOODS' FIREPROOFING, INC.,**     ) <br>                                                            ) <br>            **Claimant,**                            ) <br> **v.**                                                    )   **Case No. 1:06-cv-216-PLF** <br>                                                            ) <br> **GRANITE RE, INC.,** *et al.*               ) <br>                                                            ) <br>            **Defendants.**                        ) <br> _____ ) | |

**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR CANCELLATION OF**
<u>**STATUS CONFERENCE**</u>

Defendant, Granite RE, Inc. ("Granite"), by its undersigned counsel, and Plaintiff, The United States of America for the use and benefit of Woods' Fireproofing, Inc. ("Woods'"), by its undersigned counsel, hereby notify the Court that this case has settled, and state as follows:

1. The captioned case is scheduled for a Meet and Confer Status Conference on January 5, 2007.

2. Granite and Woods' have reached a settlement whereby once an exchange of a release and settlement funds has taken place, which is expected to occur within the next couple of weeks, this case will be dismissed in its entirety.

3. Accordingly, Granite and Woods' respectfully request that the Meet and Confer Status Conference be cancelled to avoid utilizing unnecessary judicial resources.

4. The other Defendants in this action are not represented by counsel, have

not entered their appearance and are unavailable to consent to this request. Nevertheless, as previously stated, the other Defendants will be dismissed per the terms of the settlement between Granite and Woods.

Respectfully submitted,

/s/
Christopher J. Heffernan,
DC Bar No. 34930
Eric G. Korphage,
DC Bar No. 483144
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, MD  21202-6185
(410) 783-6300
*Attorneys of Record  for Defendant,*
*Granite Re, Inc.*

/s/
Howard S. Stevens
D.C. Bar No. 466924
WRIGHT, CONSTABLE & SKEEN, LLP
One Charles Center, 16th Floor
100 North Charles Street
Baltimore, MD 21201
(410) 659-1300
*Attorneys of Record for Woods'*
*Fireproofing, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of January 2007, a true copy of the foregoing was sent via First Class Mail to the last known address or resident agent of the following:

EBG Construction, Inc.
a/k/a Envirobate Global, Inc.,
d/b/a Envirobate Global
c/o George Clark, Resident Agent
1301 K St. NW Ste. 1100-East Tower
Washington, D.C. 20005-3317

Gregg Richardson, Surviving Trustee for
EBG Construction, Inc.
707 Edgewood Street, N.E.
Washington, D.C. 20017-3341

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Howard S. Stevens