UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>for the use and benefit of,<br><br>WOODS FIREPROOFING, INC.,<br><br>　　　　　Claimant,<br><br>　　　v.<br><br>GRANITE RE, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-0216 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

On January 4, 2007, plaintiffs filed a notice informing the Court that this case had settled between plaintiff and defendant Granite RE, Inc. They further report that the parties anticipate an exchange of a release and settlement funds to occur within the next few weeks, at which time plaintiff would voluntarily dismiss the case as to all defendants. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice; it is

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
DATE: January 9, 2007　　　　　　　　　　United States District Judge